**No. 56337.**—McKesson & Robbins, Inc. *v.* United States, protest 176374–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as not landed were not in fact landed. In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as not landed. The protest was sustained to this extent.

**No. 56338.**—Vintage Wines, Inc. *v.* United States, protests 173245–K and 174853–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested not found were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested not found. The protests were sustained to this extent.

**No. 56339.**—Modern Food Products Co. and Mutual Trading Co. *v.* United States, protests 148754–K and 148753–K (Los Angeles).

Opinion by JOHNSON, J. From a careful consideration of the record, the court was unable to find evidence sufficient to overcome the presumption of correctness attaching to the classification of the collector. In view of the incomplete state of the record before the court, the protests were overruled.

FEBRUARY 1, 1952

**No. 56340.**—Stoffel & Co., Inc. *v.* United States, protest 164355–K.— Plaintiff's application for rehearing granted.

JANUARY 28, 1952

**No. 56341.**—SUIT 4715.—United States *v.* Coughlin Mfg. Co.— —C. D. 1345. (Appeal dismissed December 6, 1951.)

JANUARY 30, 1952

**No. 56342.**—SUIT 4667.—Brier Manufacturing Co. *v.* United States.— —C. D. 1286 reversed November 7, 1951. C. A. D. 465.